UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRIS JIMENEZ,<br><br>                    Plaintiff,<br><br>        v.<br><br>714 REALTY NY, LLC, et al.,<br><br>                    Defendants. | CIVIL ACTION NO. 25 Civ. 1994 (AT) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, on January 9, 2026, the Court **ORDERS** as follows:

1. By **January 13, 2026**, Defendants' counsel shall respond to Plaintiff's counsel concerning Plaintiff's proposed settlement agreement (the "Agreement").

2. Another telephone conference to discuss the status of the Agreement is scheduled for **January 23, 2026, at 12:00 p.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:        New York, New York
              January 9, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**