UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRIS JIMENEZ,

                              Plaintiff,

            v.

714 REALTY NY, LLC, et al.,

                              Defendants.

CIVIL ACTION NO. 25 Civ. 1994 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The telephone conference scheduled for January 23, 2026 at 12:00 p.m. ET to discuss the status of Plaintiff's proposed settlement agreement is **ADJOURNED** to **January 23, 2026 (the same day) at 12:30 p.m. ET** on the Court's conference line.  The parties are directed to call (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

Dated:        New York, New York
              January 15, 2026

                                        SO ORDERED.

                                        SARAH L. CAVE
                                        **United States Magistrate Judge**

1