UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRIS JIMENEZ,<br><br>                              Plaintiff,<br><br>          v.<br><br>714 REALTY NY, LLC, et al.,<br><br>                              Defendants. | CIVIL ACTION NO. 25 Civ. 1994 (AT) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on January 23, 2026, on or before **February 6, 2026**, the parties shall file a Stipulation of Dismissal ("SoD"), or if for some reason the parties cannot file the SoD, a joint letter updating the Court on the status of executing the settlement agreement.

Dated:       New York, New York
             January 23, 2026

SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge