# HANSKI PARTNERS LLC

4 INTERNATIONAL DRIVE, SUITE 110
RYE BROOK, NY 10573
PHONE: 212.248.7400

February 6, 2026

> The parties' request at Dkt. No. 34 is **GRANTED**. The deadline for the parties to file the Stipulation of Dismissal ("SoD"), or if they cannot file the SoD, a joint letter updating the Court on the status of executing the settlement agreement, is **EXTENDED** up to and including **February 13, 2026**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 34.
>
> SO ORDERED.    February 9, 2026
>
> _Sarah L. Cave_
> SARAH L. CAVE
> United States Magistrate Judge

*Via ECF*
The Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:    *Update on Status of Settlement Documents*
       *Iris Jimenez v. 714 Realty NY, LLC and Arnopulo, LLC; Case No. 1:25-cv-01994 (AT)*

Dear Judge Cave:

We represent plaintiff Iris Jimenez in the above-referenced action. Pursuant to the Court's Order dated January 23, 2026 (Dkt No. 33) we write on behalf of all parties to provide the Court with an update on the execution of the settlement documents. For the reasons discussed below we also write to respectfully request a one-week extension of time, to February 13, 2026, to file the Stipulation of Dismissal or a further status letter.

Per the Settlement Agreement, Defendants are required to satisfy certain conditions precedent before they may file the Stipulation of Dismissal. While the Settlement Agreement is now fully executed, Defendants require additional time to satisfy those conditions. Defendants anticipate they will be able to do so early next week.

Accordingly, the parties respectfully request a one week extension, to February 13, 2026, to file the Stipulation of Dismissal or a further status update.

Thank you for your time and attention to this matter.

Very truly yours,

/s/

Robert G. Hanski, Esq.