# HANSKI PARTNERS LLC

4 INTERNATIONAL DRIVE, SUITE 110
RYE BROOK, NY 10573
PHONE: 212.248.7400

February 13, 2026

> The parties' request at Dkt. No. 36 is **GRANTED**. The deadline for the parties to file the Stipulation of Dismissal ("SoD"), or if they cannot file the SoD, a joint letter updating the Court on the status of executing the settlement agreement, is **EXTENDED** up to and including **February 20, 2026**.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 36.
>
> SO ORDERED.    February 17, 2026
>
> *(signature)*
> SARAH L. CAVE
> United States Magistrate Judge

*Via ECF*
The Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:    *Update on Status of Settlement Documents*
       *Iris Jimenez v. 714 Realty NY, LLC and Arnopulo, LLC; Case No. 1:25-cv-01994 (AT)*

Dear Judge Cave:

We represent plaintiff Iris Jimenez in the above-referenced action. Pursuant to the Court's Order dated February 9, 2026 (Dkt. No. 35) we write to provide the Court with an update on the execution of the settlement documents. For the reasons discussed below we also write to respectfully request a one-week extension of time, to February 20, 2026, for the Parties to file the Stipulation of Dismissal or a further status letter.

Per the Settlement Agreement, Defendants are required to satisfy certain conditions precedent, including the delivery of original, notarized Confessions of Judgment, before they may file the Stipulation of Dismissal. As of the filing of this letter, Plaintiff has not received the originals, nor proof that the Confessions of Judgment have been executed by the Defendants.

In light of the foregoing, Plaintiff respectfully requests a one-week extension, to February 20, 2026, for the Parties to file the Stipulation of Dismissal or a further status update.

Thank you for your time and attention to this matter.

Very truly yours,

/s/

Robert G. Hanski, Esq.