UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRIS JIMENEZ,

                                    Plaintiff,          CIVIL ACTION NO. 25 Civ. 1994 (AT) (SLC)

                    v.
                                                        **ORDER**

714 REALTY NY, LLC, et al.,

                                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held on March 2, 2026, on or before **March 13, 2026**, the parties shall file (i) a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (the "Proposed Consent"),[1] followed by (ii) a Stipulation of Dismissal providing that the Court retains jurisdiction for purposes of enforcing the parties' settlement agreement.

Dated:        New York, New York
              March 2, 2026

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**

---

[1] The Proposed Consent form can be found at https://www.uscourts.gov/sites/default/files/ao085.pdf.