UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IRIS JIMENEZ,<br><br>                      Plaintiff,<br>      v.<br><br>714 REALTY NY, LLC, et al.,<br><br>                   Defendants. | CIVIL ACTION NO. 25 Civ. 1994 (AT) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 40, the parties were required to file (i) a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (the "Proposed Consent") by March 13, 2026, followed by (ii) a Stipulation of Dismissal providing that the Court retains jurisdiction for purposes of enforcing the parties' settlement agreement (the "SoD"). (Dkt. No. 40).  The parties filed the Proposed Consent, which was endorsed by the Honorable Analisa Torres.  (Dkt. Nos. 41–42).  To date, however, the parties have not filed the SoD.  On or before **April 10, 2026**, the parties shall file the SoD.

Dated:      New York, New York
             April 3, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**