# HANSKI PARTNERS LLC

4 INTERNATIONAL DRIVE, SUITE 110
RYE BROOK, NY 10573
PHONE: 212.248.7400

April 14, 2026

> The Court congratulates the parties for resolving their issues on their own. The in-person conference to discuss the parties' settlement discussions scheduled for **April 20, 2026 at 12:00 p.m. ET**, (Dkt. No. 45), is **CANCELLED**. The Court will endorse the parties' Stipulation of Dismissal, (Dkt. No. 46-1), by separate order.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 46.
>
> SO ORDERED.    April 14, 2026
>
> SARAH L. CAVE
> United States Magistrate Judge

*Via ECF*
The Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re:  *Letter Requesting that the Court So-Order the Parties Stipulation of Dismissal*
     *Iris Jimenez v. 714 Realty NY, LLC and Arnopulo, LLC; Case No. 1:25-cv-01994 (SLC)*

Dear Judge Cave:

We represent plaintiff Iris Jimenez in the above-referenced action. We write to notify the Court that the parties have now resolved the issues that previously prevented the filing of the Stipulation of Dismissal, referenced in Plaintiff's April 9, 2026 letter motion (Dkt. No. 44). Accordingly, the parties have executed a Stipulation of Voluntary Dismissal with Prejudice, which is attached hereto as Exhibit "A". The Stipulation provides that the Court shall retain jurisdiction to enforce the parties' Settlement Agreement.

The parties respectfully request that the Court so-order the Stipulation of Dismissal and cancel any previously scheduled Court conferences in this matter.

Thank you for your time and attention to this matter.

Respectfully,

/s/

Robert G. Hanski, Esq.